UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-61128-CIV-DIMITROULEAS

SEBASTIAN MARTIN GASPAR

      Petitioner,

vs.

JUAN A. LOPEZ VEGA, et al.,

      Respondents.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Petitioner's undated Emergency Petition for Habeas Corpus, ECF No.  [1]("Petition"), pursuant to 28 U.S.C. §2241 and Request for Restraining Order, received on June 8, 2020.   As of the date of this order, Respondents have not yet appeared in this case.  The Court has carefully considered the Petition, and in light of the nature of the relief requested in the Petition, it is ORDERED AND ADJUDGED as follows:

1.  Petitioner shall serve the Petition and this Order on Respondents on or before June 12, 2020.

2.  On or before June 17, 2020, Respondents must file a response to show cause why the Court should not grant the Petition.  A reply may be filed on or before June 23, 2020.  The Clerk shall mail a copy of this order to petitioner. The reference to Magistrate [DE-2] is Withdrawn

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of June, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Stephanie Fidler, AUSA

Anthony Erickson Pagorzelski, AUSA

Natalie Diaz, AUSA

Suzette A. Smikle, AUSA


Sebastian Martin Gasper # A-201958961

Broward Transition Center

3900 Powerline Road

Pompano Beach, FL. 33073